FILED
2013 Jan-10  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD SCOTT SNOW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:12-cv-03788-HGD |
| | ) | |
| GC SERVICES LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendant | ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties (Doc. 9),[1] it is **ORDERED**, **ADJUDGED** and **DECREED** that this action is due to be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  Defendant's Motion to Dismiss (Doc. 7) is **MOOT**.  The court shall retain jurisdiction of this matter for a period of sixty (60) days from the date of entry of this dismissal order to enforce the settlement agreement of the parties.

**DONE,** this 10th day of January, 2013.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.